1/16/2025 1:36 PM
25CV03614

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | | |
|---|---|---|
| ANNALISA BAYNE<br><br>Plaintiff,<br><br>vs.<br><br><br>WALMART INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number:<br><br>COMPLAINT – PERSONAL INJURY<br><br>PRAYER: $ 2,749,437.25<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Fee Authority ORS 21.160(1)(d) |

PLAINTIFF, ANNALISA BAYNE alleges as follows:

1.

At all material times, the Walmart Supercenter is located at 21320 Langer Farms Parkway, in the City of Sherwood, County of Washington, State of Oregon.

2.

On or about October 19th, 2023, at approximately 2:50 PM, Plaintiff was an invitee, present at the premises owned and wholly controlled by the Defendant.

3.

At that same time, Defendant's employee was pushing a large metal food cart through the store.

4.

Defendant's employee crashed the cart with full force into the backside of the unsuspecting Plaintiff striking her Achillies tendon, causing Plaintiff to immediately drop to the ground in immediate and excruciating pain.

5.



KITTS LAW GROUP, LLC
16115 SW 1ST ST. SUITE 205
SHERWOOD, OREGON 97140
TELEPHONE (503) 625-7706

Plaintiff suffered physical and emotional injuries as a result of the negligent conduct of Defendant's employee.

///

6.

This court exercises jurisdiction over this action and venue is proper.

**FIRST CLAIM FOR RELIEF**

**Negligence by Defendant, WALMART INC.**

7.

Plaintiff realleges paragraphs 1-6 above.

8.

Defendant is an Arkansas Corporation licensed to conduct business including retail sales to invitees on its premises on the State of Oregon.

9.

Defendant has a nondelegable duty to provide a safe environment for its invitees and is liable for the negligence of its employees, agents, and independent contractors who fail to keep its invitees safe.

10.

Plaintiff at all times acted in reasonable reliance upon Defendant to train, supervise, monitor, and ensure their employees' conduct to maintain her safety while on Walmart premises.

11.

Defendant was negligent in failing to train, supervise, and monitor their employee who negligently crashed Defendant's equipment (cart) into the Plaintiff, causing her to sustain the following injuries:



KITTS LAW GROUP, LLC
16115 SW 1ST ST. SUITE 205
SHERWOOD, OREGON 97140
TELEPHONE (503) 625-7706

- Achilles tear left ankle,
- Rupture of flexor tendons left foot and ankle,
- Rupture of flexor tendons left leg,
- Contusions, sprain, strain, multiple areas,
- Permanent lifelong impairment and motion limitations to left ankle/Achillies tendon, and
- Constant suffering with PTSD and anxiety due to the possibility of her Achillies tendon being reinjured without warning.

///

///

12.

As a result of Defendant's negligence as alleged herein, Plaintiff incurred reasonable and necessary medical expenses in an amount to be proven at trial but not to exceed $12,000.00.

13.

As a further result of Defendant's negligence as alleged herein, Plaintiff incurred reasonable and necessary out of pocket expenses in an amount to be proven at trial but not to exceed $2,437.25

14.

As a result of Defendant's negligence as alleged herein, Plaintiff will likely require future reasonable and necessary medical expenses including surgery costing in an amount to be proven at trial but not to exceed $35,000.00.

15.

As a further result of Defendant's negligence as alleged herein, Plaintiff has, and will continue to suffer pain, inconvenience, limitation, and interference with his normal and usual activities including, but not limited to, normal sleep, recreation, hobbies, and enjoyment of life; all of which being non-economic damages in an amount to be proven at trial but not to exceed $2,700,000.00.



KITTS LAW GROUP, LLC
16115 SW 1ST ST. SUITE 205
SHERWOOD, OREGON 97140
TELEPHONE (503) 625-7706

**WHEREFORE**, Plaintiff prays for judgment against Defendant **WALMART INC**. as follows:

- Plaintiff's reasonable and necessary medical expenses in an amount to be proven at trial but not to exceed $12,000.00.
- Plaintiff's out-of-pocket expenses in an amount to be proven at trial but not to exceed $2,437.25.
- Plaintiff's future reasonable and necessary medical expenses in an amount to be proven at trial but not to exceed $35,000.00.
- Plaintiff's non-economic damages in an amount to be proven at trial but not to exceed $2,700,000.00.

For costs and disbursements incurred herein.

For such other and further relief as the Court deems just.

Respectfully submitted this ___16th____day of ___January________, 2025

KITTS LAW GROUP,

***s/Derrick D. Kitts***
Derrick D. Kitts
OSB # 206552
Attorney for Plaintiff



KITTS LAW GROUP, LLC
16115 SW 1ST ST. SUITE 205
SHERWOOD, OREGON 97140
TELEPHONE (503) 625-7706